UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY FRESH HOLLIE,<br>Plaintiff,<br>v.<br>CHAVEZ, ET AL,<br>Defendant. | 1:26-cv-06571-HBK (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff, a prisoner proceeding *pro se*, commenced this civil rights action under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (Docs. 1, 2).

The events underlying Plaintiff claims occurred at Mule Creek State Prison, which is in Amador County. Venue therefore lies in the Sacramento Division of this Court. *See* 28 U.S.C. § 1391(b); *see also Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995). Under Local Rule 120(f), the Court may transfer an action filed in an improper division on its own motion. In the interests of justice, the Court transfers this action to the Sacramento Division pursuant to 28 U.S.C. § 1406(a) and Local Rule 120(f).

Accordingly, IT IS ORDERED:

1. The Clerk of Court is directed to transfer this action to the Sacramento Division of the Eastern District of California and to close this case in the Fresno Division.

2. All future filings shall bear the case number assigned in the Sacramento Division

and shall be filed United States District Court, Eastern District of California, 501 "I" Street, Suite 4-200, Sacramento, CA 95814.

3. This Court defers ruling on Plaintiff's application to proceed *in forma pauperis* (Doc. 2) to the transferee court.

Dated: August 18, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE